UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HANS LAKE, | No. 2:19-cv-1524-EFB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN DIEGO, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He alleges that the County of San Diego and the Medical Director of the George F. Bailey Detention Center in San Diego have violated his civil rights. ECF No. 1.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, any potential claims arose in San Diego County, where plaintiff is incarcerated, and the defendants likely reside. Thus, venue properly lies in the Southern District

1

of California.  For the convenience of the parties and witnesses and in the interests of justice, this case will be transferred to the Southern District of California.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(d).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Southern District of California.  *See* 28 U.S.C. § 1404(a).

Dated:  August 15, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE