1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

8
9
10

11 | STEVEN HANS LAKE,

Case No. 19cv1558-MMA (RBM)

12 | Plaintiff,

13 | vs.

**ORDER RE: DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

14 | COUNTY OF SAN DIEGO, et al.,

15 | Defendants.

16
17
18
19

20   Plaintiff Steven Hans Lake, while detained at the San Diego County Sheriff

21 Department's George Bailey Detention Facility ("GBDF") located in San Diego,

22 California, and proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. §

23 1983 against Defendants County of San Diego and the GBDF Medical Director, alleging

24 violation of his constitutional right to adequate medical care. *See* Doc. No. 1. Defendant

25 County of San Diego moved to dismiss Plaintiff's claims pursuant to Federal Rule of

26 Civil Procedure 12(b)(6). *See* Doc. No. 11. Plaintiff did not file a response to the

27 motion. On December 17, 2019, the Court granted the County's unopposed motion. *See*

28 Doc. No. 13. The Court further ordered Plaintiff to show cause why this action should

1

not be dismissed as to Defendant GBDF Medical Director for failure to serve this defendant with the summons and complaint pursuant to Federal Rule of Civil Procedure 4(m). *See id.* To date, Plaintiff has not filed a response to the Court's December 17, Order, and the time in which to do so has expired.[1]

As the Court noted in its previous order, Defendant GBDF Medical Director is the only named defendant in this action besides Defendant County of San Diego. Plaintiff's attempt to serve the GBDF Medical Director was unsuccessful. *See* Doc. No. 10. "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Under the mailbox rule, Plaintiff filed this action on July 22, 2019. The time period to effectuate service under Rule 4(m) has expired, and Plaintiff has failed to demonstrate good cause for his failure to serve the GBDF Medical Director.

Accordingly, based on Plaintiff's failure to effectuate service of the complaint and summons on Defendant GBDF Medical Director, the sole remaining defendant in this action, the Court **DISMISSES** the action in its entirety without prejudice. *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994) (holding that an incarcerated pro se plaintiff proceeding in forma pauperis must provide the marshal with sufficient information

---

[1] The Court notes that the Clerk of Court has been unable to serve Plaintiff via U.S. Mail with the Court's most recent orders. The mail has been returned to the Court by the San Diego County Sheriff's Department with notations indicating that Plaintiff has been released from custody. *See* Doc. Nos. 14, 15. A search of the Sheriff's online inmate locator system demonstrates that Plaintiff is no longer in custody. *See* https://apps.sdsheriff.net/wij/WijList.aspx?LastName=Lake&FirstName=Steven (last visited 2/11/2020). Pursuant to this District's Local Rules, "[a] party proceeding pro se must keep the court and opposing parties advised as to current address." SD CivLR 83.11.b. Plaintiff has failed to do so, which ultimately could serve as an additional ground upon which to dismiss this action without prejudice. *See id.* ("If mail directed to a pro se plaintiff by the clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of the plaintiff's current address, the court may dismiss the action without prejudice for failure to prosecute."). In any event, because dismissal is appropriate under Rule 4(m), the Court need not wait to dismiss this action pursuant to its Local Rules and may dismiss the action now.

19cv1558-MMA (RBM)

necessary for service), abrogated on other grounds by *Sandin v. Conner*, 515 U.S. 472 (1995). The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

　　　　**IT IS SO ORDERED**.

DATE: February 12, 2020

HON. MICHAEL M. ANELLO
United States District Judge

19cv1558-MMA (RBM)